L600



145 East 14th Street, Suite 200   •   P.O. Box 579   •   San Leandro, California 94577   •   Telephone (510) 638-7157

## NOTIFICATION BY A COLLECTION AGENCY
## MAR 21, 2007

```
SAM DADJO   (595436-5491
28369 ROCHELLE AVE
HAYWARD, CA 94544
```

Re:  PC-RANDHAWA DENTAL CORP  5484                Principal:      $296.00

ATTENTION:  Your account with our client listed above has been referred to AMA as a POTENTIAL COLLECTION PROBLEM.  Please contact them direct at 4711255   to settle the matter, or you may contact AMA as provided below.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m.  They may not harass you by using threats of violence or arrest or by using obscene language.  Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work.  For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt.  Collectors may contact another person to confirm your location or enforce a judgment.  For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

The Rosenthal Act, California Civil Code Section 1788.21, also requires that you notify your creditor of your change of name, address, or employment for any existing debt.

                    (Detach and mail with check for proper credit)
================================================================================

```
From: SAM        DADJO              (595436-5491
      28369 ROCHELLE AVE
      HAYWARD         , CA 94544
```

                                              Balance  Due:     $296.00
                                              Amount Enclosed: _____

**EXHIBIT 1**

```
To:  PC-RANDHAWA DENTAL CORP  5484
     4138 DYER ST #1
     UNION CITY      , CA 94587
```

This is an attempt to collect a debt and information obtained will be used for that purpose.

*P.O. Box 579*
*San Leandro, California 94577-0579*

**ADDRESS CORRECTION REQUESTED**

AMA-3

PERSONAL & CONFIDENTIAL

**SAM DADJO    (595436-5491**
**28369 ROCHELLE AVE**
**HAYWARD, CA 94544**

Re: **PC-RANDHAWA DENTAL CORP  5484**
          **A-BEAMP    94544**

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
$ 00.371
MAILED FROM ZIP CODE