

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 3110 0000 4788 1908**
Detailed Results:
- Delivered, April 03, 2007, 2:55 pm, SAN LEANDRO, CA 94577
- Acceptance, April 02, 2007, 3:56 pm, SAN JOSE, CA 95113

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: SMA
   145 E. 14th Street
   Ste 200
   San Leandro Ca.
   94577

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Jesica Meln_   ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  4/3/7

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 3110 0000 4788 1908

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**EXHIBIT 3**

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    7/28/2007