# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

E-FILING  ADR

SAMUEL KWESI DADJO

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

THOMPSON, MAHAN, & ASSOCIATES, INC.,
D/B/A AMA COLLECTION SERVICES

**C07 06421 EMC**

TO:

Thompson, Mahan, & Associates, Inc.
c/o Richard J. Mahan, Registered Agent
145 East 14th Street, Suite 200
San Leandro, California 94577

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2418

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
CLERK

DEC 2 0 2007
DATE

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403<br>TELEPHONE NO.: (408) 294-6100<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

| PLAINTIFF/PETITIONER: Samuel Kwesi Dadjo | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Thompson, Mahan & Associates, Inc. | C07-06421-EMC |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Order Setting Initial Case Management Conference, Standing Order for Civil Practice I
   Cases Assigned for all Purposes, Dec. To Proceed Before A magistrate Judge, Consent to Proceed Before A U.
   Magistrate, Notice of Assignment of Case to a U.S. Magistrate, Contents Of Joint Case Management Statemen
   ADR Info

3. a. Party served: Thompson, Mahan & Associates, Inc.

   b. Person Served: Scott Zirger, CEO - Person authorized to accept service of process

4. Address where the party was served: 145 East 14th Street Suite 200
   San Leandro, CA 94577

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
   receive service of process for the party (1) or (date): 2/6/2008   (2) at (time): 12:00 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Thompson, Mahan & Associates, Inc.

   under:   CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:   Roderick Thompson
   b. Address:   One Legal - 194-Marin
                 504 Redwood Blvd #223
                 Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 44.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 746
         (iii) County ALAMEDA

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 2/8/2008

Roderick Thompson
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6656309

# ONE LEGAL LLC
## CONFIRMATION For Service of Process

| | | | |
|---|---|---|---|
| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6656309 | Date: | 2/8/2008 |

| | |
|---|---|
| Customer | CONSUMER LAW CENTER |
| Customer No. | 0055054 |
| Address | 12 S 1ST ST STE 1014<br>SAN JOSE, CA  95113-2403 |
| Attorney | Fred W Schwinn |
| Attorney e-mail | fred.schwinn@sjconsumerlaw.com |
| Contact | Fred W Schwinn |
| Contact e-mail | fred.schwinn@sjconsumerlaw.com |
| Contact Phone | (408) 294-6100 Ext 111 |
| Contact Fax | (408) 294-6190 |
| Law Firm File Number | none |

**Case Information:**

| | |
|---|---|
| Case Number | C07-06421-EMC |
| County | SAN FRANCISCO |
| Court | Northern District of California |
| Case Short Title | Samuel Kwesi Dadjo vs. Thompson, Mahan & Associates, Inc. |

**Documents Received:**   No. Docs: 9   No. Pgs: 59

Summons, Complaint, Order Setting Initial Case Management Conference, Standing Order for Civil Practice In Cases Assigned for all Purposes, Dec. To Proceed Before A magistrate Judge, Consent to Proceed Before A U.S. Magistrate, Notice of Assignment of Case to a U.S. Magistrate, Contents Of Joint Case Management Statement, ADR Info

Party to Serve: Thompson, Mahan & Associates, Inc.

Service address: 145 East 14th Street Suite 200

### This is a Confirmation Only. Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 44.00 |
| | Check No. | Total: 44.00 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984
Thank you for choosing One Legal for your process serving needs.