# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL KWESI DADJO,

                Plaintiff,

v.

THOMPSON, MAHAN, & ASSOCIATES, INC., D/B/A AMA COLLECTION SERVICES, a California corporation,

                Defendant.

Case No.  C07-06421-EMC

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1)  Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2)  Discussed the available dispute resolution options provided by the Court and private entities; and

(3)  Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 02\25\08

_____
Samuel Kwesi Dadjo, Plaintiff

Dated: 2-25-08

_____
Fred W. Schwinn, Esq.
Attorney for Plaintiff