Mark E. Ellis - 127159
Andrew M. Steinheimer – 200524
David B. Leas -- 238326
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for
DEFENDANT THOMPSON MAHAN & ASSOCIATES, D/B/A AMA COLLECTION SERVICES,
A California Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SAMUEL KWESI DADJO,<br><br>    Plaintiff,<br><br>v.<br><br>THOMPSON, MAHAN & ASSOCIATES, INC., D/B/A AMA COLLECTION SERVICES, a California Corporation,<br><br>    Defendants. | Case No.: C07-06421 EMC<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Defendant DEFENDANT THOMPSON MAHAN & ASSOCIATES, D/B/A AMA COLLECTION SERVICES, A California Corporation, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1.    SAMUEL KWESI DADJO, Plaintiff

    2.    THOMPSON MAHAN & ASSOCIATES, D/B/A AMA COLLECTION SERVICES, A California Corporation, Defendant.

    / / /

    / / /

1  Dated: February 26, 2008

Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP

By   /s/  Mark E. Ellis
Mark E. Ellis
Attorney for
DEFENDANTS THOMPSON MAHAN &
ASSOCIATES, D/B/A AMA COLLECTION
SERVICES,

- 2 -

**CERTIFICATE OF SERVICE**

I, Rosanne Estrella, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On February 26, 2008, I served the following document(s) on the parties in the within action:

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| X | **VIA ELECTRONIC SERVICE:** The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |

| | |
|---|---|
| Fred W. Schwinn<br>Consumer Law Center, Inc.<br>12 South First Street<br>Suite 1014<br>San Jose, CA 95113-2404 | Attorneys for<br>Plaintiff SAMUEL KWESI DADJO |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on February 26, 2008.

By _____
Rosanne Estrella