1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   SAMUEL KWESI DADJO

6

7

8  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN FRANCISCO DIVISION**

10 SAMUEL KWESI DADJO,                      Case No.  C07-06421-PJH

11                  Plaintiff,

12 v.                                        **NOTICE OF ACCEPTANCE OF**
                                             **OFFER OF JUDGMENT**
13 THOMPSON, MAHAN, & ASSOCIATES,
   INC., D/B/A AMA COLLECTION
14 SERVICES, a California corporation,

15                  Defendant.

16

17       COMES NOW the Plaintiff, SAMUEL KWESI DADJO, by and through his attorney Fred

18 W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court and Defendant that

19 Defendant's Offer of Judgment pursuant to Fed. R. Civ. P. 68 is hereby accepted.  A copy of

20 Defendant's Offer of Judgment is attached hereto for the Court's reference and is identified as

21 Exhibit "1."

22

23 Dated: March 17, 2008                     CONSUMER LAW CENTER, INC.

24
                                             By:  /s/ Fred W. Schwinn
25                                                 Fred W. Schwinn, Esq.
                                                   Attorney for Plaintiff
26

27

28

---

NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT                           Case No. C07-06421-PJH