```
1  Mark E. Ellis – 127159
   David B. Leas – 238326
2  ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
   555 University Avenue, Suite 200 East
3  Sacramento, CA  95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821

5  Attorneys for
   DEFENDANT THOMPSON, MAHAN & ASSOCIATES
6
```

UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SAMUEL KWESI DADJO, | Case No.: C07 06421 EMC |
| Plaintiff, | **RULE 68 OFFER OF JUDGMENT** |
| v. | |
| THOMPSON, MAHAN & ASSOCIATES, INC., dba AMA COLLECTION SERVICES | |
| Defendant. | |



Defendant THOMPSON, MAHAN & ASSOCIATES, INC., hereby offers to allow judgment to be entered against it and in favor of plaintiff SAMUEL KWESI DADJO, pursuant to Rule 68 of the Federal Rules of Civil Procedure according to the following terms:

Judgment to be entered in favor of plaintiff SAMUEL KWESI DADJO against THOMPSON, MAHAN & ASSOCIATES, INC., in the amount of $2,000. In addition to this amount, SAMUEL KWESI DADJO to be awarded reasonable attorney's fees and costs, to be mutually agreed upon by the parties, or if no agreement can be reached, to be determined by the Court in accordance with 15 U.S.C. § 1692k. Defendant THOMPSON, MAHAN & ASSOCIATES, INC., to be dismissed with prejudice.

Pursuant to Federal Rules of Civil Procedure, Rule 68, plaintiff may accept this offer by serving written notice that the offer is accepted within 10 days of service of this offer. If the offer is

1  not accepted within 10 days, it is deemed withdrawn. This offer is made for the purposes specified in
2  Rule 68 and is not considered an admission of liability.

3

4
   Dated: March 6, 2008
5

6                                    Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP

7

8                                    By _____
                                         David B. Leas
9                                        Attorney for
                                         DEFENDANT THOMPSON, MAHAN &
                                         ASSOCIATES, INC.

## CERTIFICATE OF SERVICE

I, Maria Gutierrez, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On March 6, 2008, I served the following document(s) on the parties in the within action:

**RULE 68 OFFER OF JUDGMENT**

|   | |
|---|---|
|   | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|   | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
|   | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
|   | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Fred W. Schwinn<br>Consumer Law Center, Inc.<br>12 South First Street<br>Suite 1014<br>San Jose, CA 95113-2404 | Attorney for<br>Plaintiff: Samuel Kwesi Dadjo |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on March 6, 2008.

By: *Maria Gutierrez* (signature)
Maria Gutierrez

- 3 -