Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
SAMUEL KWESI DADJO

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAMUEL KWESI DADJO,<br><br>    Plaintiff,<br><br>v.<br><br>THOMPSON, MAHAN, & ASSOCIATES, INC., D/B/A AMA COLLECTION SERVICES, a California corporation,<br><br>    Defendant. | Case No. C07-06421-PJH<br><br>**COUNSEL FOR PLAINTIFF SAMUEL KWESI DADJO REQUEST TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:       March 27, 2008<br>Time:       1:30 p.m.<br>Judge:      Honorable Phyllis J. Hamilton<br>Courtroom:  3, 17th Floor<br>Place:      450 Golden Gate Avenue, San Francisco, CA 94102 |

Fred W. Schwinn, counsel for Plaintiff, SAMUEL KWESI DADJO, requests permission to appear by telephone at the Case Management Conference in the above-entitled action. Mr. Schwinn's office is located in San Jose, 50 miles from the Courthouse in this matter.

                                        CONSUMER LAW CENTER, INC.


Dated: March 24, 2008          By: /s/ Fred W. Schwinn
                                   Fred W. Schwinn, Esq.
                                   Attorney for Plaintiff
                                   SAMUEL KWESI DADJO

1    The court hereby grants the request for Fred W. Schwinn to appear at the above-mentioned
2 Case management Conference telephonically.
3    IT IS SO ORDERED.
4
5 Date: _____                    _____
6                                                 Judge Phyllis J. Hamilton

- 2 -
COUNSEL REQUESTS TO APPEAR TELEPHONICALLY                    Case No.  C07-06421-PJH