Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
SAMUEL KWESI DADJO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAMUEL KWESI DADJO,<br><br>Plaintiff,<br><br>v.<br><br>THOMPSON, MAHAN, & ASSOCIATES, INC., D/B/A AMA COLLECTION SERVICES, a California corporation,<br><br>Defendant. | Case No. C07-06421-PJH<br><br>DENIED<br><br>**COUNSEL FOR PLAINTIFF SAMUEL KWESI DADJO REQUEST TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date: March 27, 2008<br>Time: 1:30 p.m.<br>Judge: Honorable Phyllis J. Hamilton<br>Courtroom: 3, 17th Floor<br>Place: 450 Golden Gate Avenue, San Francisco, CA 94102 |

Fred W. Schwinn, counsel for Plaintiff, SAMUEL KWESI DADJO, requests permission to appear by telephone at the Case Management Conference in the above-entitled action. Mr. Schwinn's office is located in San Jose, 50 miles from the Courthouse in this matter.

CONSUMER LAW CENTER, INC.

Dated: March 24, 2008

By: /s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
SAMUEL KWESI DADJO

The court hereby grants the request for Fred W. Schwinn to appear at the above-mentioned Case management Conference telephonically.

IT IS SO ORDERED.

Date: March 24, 2008

Judge Phyl

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DENIED

Judge Phyllis J. Hamilton

- 2 -

COUNSEL REQUESTS TO APPEAR TELEPHONICALLY Case No. C07-06421-PJH