UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL KWESI DADJO,

    Plaintiff(s),

    v.

THOMPSON, MAHAN & ASSOCIATES, INC., dba AMA COLLECTION SERVICES, a California Corporation,

    Defendant(s).
_____/

No. C 07-6421 PJH

**JUDGMENT**

Pursuant to the notice of acceptance of offer of judgment filed by plaintiff on March 17, 2008, judgment is hereby entered in favor of plaintiff and against defendant in the of amount $2,000.00.

Pursuant to this judgment, and as provided in the offer of judgment, which has been accepted by plaintiff, the complaint against defendant Thompson, Mahan & Associates is dismissed with prejudice.

IT IS SO ORDERED.

Dated: March 27, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge