UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL KWESI DADJO,

    Plaintiff(s),

    v.

THOMPSON, MAHAN & ASSOCIATES, INC., dba AMA COLLECTION SERVICES, a California Corporation,

    Defendant(s).
_____/

No. C 07-6421 PJH

**REFERRAL FOR MANDATORY SETTLEMENT CONFERENCE**

    Pursuant to the notice of acceptance of offer of judgment filed by plaintiff on March 17, 2008, defendant has agreed to pay, in addition to the amount of the judgment ($2,000), a reasonable attorney fee, to be mutually agreed to by the parties, or by the court pursuant to 15 U.S.C. § 1692k.  Because the parties advised the court at the case management conference on March 27, 2008, that the amount of fees in dispute is $2,500 or less, the believes that a motion should not be necessary.  Accordingly, should the parties be unable to resolve the issue within a few days, they are ORDERED to appear before Magistrate Judge Chen on Tuesday April 1, 2008, at 1:30 p.m. for a **mandatory settlement conference**.  The parties can avoid the appearance only by the filing of a stipulation resolving the fee question prior to the scheduled conference.

    IT IS SO ORDERED.

Dated: March 27, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Judge Chen, Wings