**In the United States District Court
for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**        April 1, 2008

**Court Reporter:**     FTR 040108 (2:29 - 2:32)

**Case No.:**    C-07-6421 PJH (EMC)

**Case Name:**   Samuel Kwesi Dadjo v. Thompson, Mahan & Associates, Inc.

**Counsel:**
**Plf:**   Fred W. Schwinn                    **Def:**   David B. Leas

**Outcome of Settlement Conference:**

|              |                    |
|--------------|--------------------|
| __X__        | Settled            |
| _____       | Partial settlement |
| _____       | Did not settle     |
| _____       | Other:             |

**Notes:** Case settled with respect to attorney's fees dispute.

**Time:** 1.0 hour

                                                    __/s/__
                                              Leni Doyle, Deputy Clerk

cc:     EMC, PJH