UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES**

**Date:** March 27, 2008        **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-6421 PJH

**Case Name:**
Samuel Kwesi Dadjo v. Thompson, Mahan & Associates dba AMA Collection Services

**Attorney(s) for Plaintiff:**     Fred Schwinn
**Attorney(s) for Defendant:**    David B. Leas

**Deputy Clerk:** Nichole Heuerman       **Court Reporter:** Not Reported

**PROCEEDINGS**

Initial Case Management Conference-Held. The parties update the court regarding disposition of the case. The court to enter judgment in favor of Samuel Dadjo and against Thompson, Mahan & Associates dba AMA Collection Services in the amount of $2,000. The parties shall meet and confer to settle the attorney's fees issue. If the parties cannot reach an agreement they shall appear next week before a Magistrate Judge for settlement conference. The court to issue an order and referral to a Magistrate Judge for settlement conference.

**Order to be prepared by:** [] Pl [] Def [x] Court

**Notes:**

**cc:** file